FILED

02/10/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0700

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court No. DA 22-0700

IN THE MATTER OF:

JEREMY LOOK, an individual person,

Cross-Claimant/Appellant,

v.

CASEY McGOWAN, MEGAN McGOWAN and KAREN
SPAWN McGOWAN, heirs to an estate,

Appellees.

## ORDER

On Appeal from the Montana Ninth Judicial District Court, Glacier County, The
Honorable Robert G. Olson presiding.
Cause No. DV-21-60

APPEARANCES:

MARK JETTE
SILVERMAN LAW OFFICE
P.O. Box 4423
Helena, MT  59604
Phone: (406) 449-4829
Email: mark@mttaxlaw.com
*Attorneys for Cross-Claimant/Appellant*

MURRY WARHANK
JACKSON, MURDO & GRANT, P.C.
203 N. Ewing Street
Helena, MT  59601
Telephone: (406) 442-1300
mwarhank@jmgattorneys.com
*Attorneys for Appellees*

Upon consideration of Appellees' motion for a 30-day extension of time, and

good cause appearing therefor,

1

IT IS HEREBY ORDERED that Appellees are granted an extension of time up to and including March 15, 2023, within which to prepare, file, and serve their response brief.

2

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 10 2023